JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY NATIONAL BANK, a national banking association, | Case No.: 2:16-CV-02760 CAS(JCx) |
| Plaintiff, | [proposed] **ORDER** |
| vs. | |
| BEVAN COONEY, an individual; and DOES 1 through 10, inclusive, , | |
| Defendants. | |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The Lawsuit is dismissed without prejudice.
2. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement and Release dated October 13, 2016.

///

///

3. Except as otherwise provided in the Agreement, the parties shall bear their own costs and attorney fees.

**IT IS SO ORDERED.**

**DATED:_December 14, 2016** _____

**HON. CHRISTINA A. SNYDER,**
**United States District Judge**

Respectfully submitted by:

**Dated: December 14, 2016**          **IVIE, McNEILL & WYATT**

/S/

By: _____
**JENNIFER R. JACOBS**
Attorneys for Plaintiff
City National Bank

2